Jahan C. Sagafi (Cal. Bar No. 224887)
jsagafi@outtengolden.com
Katrina L. Eiland (Cal. Bar No. 275701)
keiland@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:  (415) 638-8810

Justin M. Swartz (*pro hac vice* motion forthcoming)
jms@outtengolden.com
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile:  (646) 509-2060

*Counsel for Plaintiffs and Proposed Class members*

*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CELESTE OROZCO and DERRICK CHAMBERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; and BANK OF AMERICA CORPORATION,<br><br>Defendants. | **Civil Action No.:** 15-cv -2213-SVW-VBK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge:       Hon.  Stephen V. Wilson<br><br>Magistrate: Hon. Victor B. Kenton<br><br>Action Filed:    March 25, 2015<br><br>Trial Date:      None Set |

Gregg I. Shavitz (*pro hac vice* motion forthcoming)
gshavitz@shavitzlaw.com
Susan H. Stern (*pro hac vice* motion forthcoming)
sstern@shavitzlaw.com
Paolo C. Meireles (*pro hac vice* motion forthcoming)
pmeireles@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

*Counsel for Plaintiffs and Proposed Class members*

Plaintiffs Celeste Orozco and Derrick Chambers, by and through their attorneys at Outten & Golden LLP and Shavitz Law Group, P.A., give notice that Plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

As Defendants have filed neither an answer nor a motion for summary judgment in this action, this dismissal is effective without a court order. Fed. R. Civ. P. 41(a)(1)(A).

| | |
|---|---|
| Dated: April 16, 2015 | Respectfully submitted, |
| | By: */s/ Jahan C. Sagafi* |
| | Jahan C. Sagafi |

Jahan C. Sagafi (Cal. Bar No. 224887)
jsagafi@outtengolden.com
Katrina L. Eiland (Cal. Bar No. 275701)
keiland@outtengolden.com
**OUTTEN & GOLDEN LLP**
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (347) 390-2187

Justin M. Swartz (*pro hac vice* motion forthcoming)
jms@outtengolden.com
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Gregg I. Shavitz (*pro hac vice* motion forthcoming)
gshavitz@shavitzlaw.com
Susan H. Stern (*pro hac vice* motion forthcoming)
sstern@shavitzlaw.com
Paolo C. Meireles (*pro hac vice* motion forthcoming)
pmeireles@shavitzlaw.com
**SHAVITZ LAW GROUP, P.A.**
1515 South Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

*Attorneys for Plaintiffs and Proposed Class members*

- 2 -